# Detailed Projects Report

5/25/2021 - 11/3/2021

R = REVIEW
C = CORRESPONDENCE
LR = LEGAL RESEARCH
P = PREPARATION
D = DISCOVERY

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | HusneyJ | 5/25/2021 | 0.5 | TEE Dismiss motion (2nd): Download and review | 400.00 |
| Bankruptcy | HusneyJ | 5/25/2021 | 0.3 | TEE Dismiss Motion 2: email from D Jose, responding to 5-21 email on first motion; and attaching new motion; and Reply | 400.00 |
| Bankruptcy | HusneyJ | 5/31/2021 | 2.5 | TEE MOTION: Research on tax refund division with non debtor spouse | 400.00 |
| Bankruptcy | HusneyJ | 6/7/2021 | 0.5 | TEE Motion: Discussion with client on facts regarding financial division with wife | 400.00 |
| Bankruptcy | HusneyJ | 6/7/2021 | 0.5 | TEE Motion: Begin Clnt affidavit | 400.00 |
| Bankruptcy | HusneyJ | 6/8/2021 | 1.3 | TEE MOTION: Continue Clnt affidavit draft | 400.00 |
| Bankruptcy | HusneyJ | 6/9/2021 | 0.28 | TEE Plan or Dismiss motion: Review and edit Clnt affidavit | 400.00 |
| Bankruptcy | HusneyJ | 6/10/2021 | 1 | TEE MOTION: Reviewing cases and exhibits, edits to motion | 400.00 |
| Bankruptcy | HusneyJ | 6/15/2021 | 0.26 | TEE PLAN motion: review clnt affidavit | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~6/15/2021~~ | ~~0.35~~ | PLAN MOD & BUDGET: Input and calculate 2021 budget | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~6/15/2021~~ | ~~0.05~~ | PLAN: Compute effect of stepping up Plan payment | 400.00 |
| Bankruptcy | HusneyJ | 6/15/2021 | 0.93 | TEE Plan Motion and Budget: Emails to and from client on unexpected expenses over Plan, tax anticipated; bonus anticipated | 400.00 |
| Bankruptcy | HusneyJ | 6/21/2021 | 0.55 | TEE Plan motion: Review expense emails and incorporate into clnt affidavit | 400.00 |
| Bankruptcy | HusneyJ | 6/21/2021 | 0.3 | TEE PLAN Motion: Update Clnt affidavit with repair amounts and current budget | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~6/21/2021~~ | ~~0.3~~ | PLAN MOD: PHone w Clnt to review income and expenses, expected and unexpected; any change in bonus | 400.00 |
| Bankruptcy | HusneyJ | 6/23/2021 | 0.5 | TEE Motion: COmmence counsel | 400.00 |

# Detailed Projects Report

5/25/2021 - 11/3/2021

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| | | | | affirmation | |
| Bankruptcy | HusneyJ | 6/24/2021 | 2.5 | TEE MOTION: Reviewing cases and complete counsel affirmation | 400.00 |
| Bankruptcy | HusneyJ | 6/25/2021 | 2.76 | TEE MOTION: Reviewing and editing opposition | 400.00 |
| Bankruptcy | HusneyJ | 6/29/2021 | 0.58 | TEE motion: Put Affidavits and Exhibits together and prepare for service and filing | 400.00 |
| Bankruptcy | HusneyJ | 6/29/2021 | 0.2 | TEE Motion: Upload to ECF; prepare affid of service | 400.00 |
| Bankruptcy | HusneyJ | 7/2/2021 | 0.1 | TEE Motion: Email to TEE re discussion to resovle | 400.00 |
| Bankruptcy | HusneyJ | 7/5/2021 | 0.63 | TEE Motion: Review income history 2016 to 2020 | 400.00 |
| Bankruptcy | HusneyJ | 7/6/2021 | 0.2 | TEE MOTION: F-UP email to TEE re Spouse NYS tax return and resolving; reply from TEE K Preuss, will adjourn motion | 400.00 |
| Bankruptcy | HusneyJ | 7/23/2021 | 0.05 | TEE motion and Mod PLAN: Email to TEE and T Frost re resolving matter | 400.00 |
| Bankruptcy | HusneyJ | 8/4/2021 | 0.48 | TEE: Review D Jose 7-28 email; forward to client with questions and to clarify info | 400.00 |
| Bankruptcy | HusneyJ | 8/9/2021 | 0.45 | TEE: emails from and to Clnt re D Jose 7-28 email; Letter to D Jose and TEE w preliminary response | 400.00 |
| Bankruptcy | HusneyJ | 8/9/2021 | 0.41 | BUDGET: Prepare Draft Amended I and J; email to client to review and with questions | 400.00 |
| Bankruptcy | HusneyJ | 8/24/2021 | 0.98 | TEE & BUDGET: Reviewing client emails and back up and replies | 400.00 |
| Bankruptcy | HusneyJ | 8/31/2021 | 0.68 | TEE and Budget: emails from and to client on Tee questions; draft letter to TEE; email to clnt to review | 400.00 |
| Bankruptcy | HusneyJ | 9/1/2021 | 0.36 | TEE & Budget: Emails with client; update letter and email to D Jose | 400.00 |
| Bankruptcy | HusneyJ | 9/23/2021 | 1.11 | TEE Dismiss: Review D Jose email; draft a reply; email to client | 400.00 |

# Detailed Projects Report

5/25/2021 - 11/3/2021

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | HusneyJ | 9/24/2021 | 0.23 | TEE DIsmiss motion: Email from clnt with clarification; update reply to D Jose | 400.00 |
| Bankruptcy | HusneyJ | 9/24/2021 | 0.13 | TEE Dismiss motion: Email from clnt re D Jose 9-21 email; and reply to clnt for clarification of budget facts | 400.00 |
| Bankruptcy | HusneyJ | 10/15/2021 | 0.15 | TEE MOTION: forward D Jose Affirmation to clint with requests for information and response; draft of responses for Reply | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~10/15/2021~~ | ~~0.11~~ | CLAIMS: Download and review Mortgage pay change, forward to client | 400.00 |
| Bankruptcy | HusneyJ | 10/15/2021 | 0.6 | TEE Motion: Review Jose Affirmation | 400.00 |
| Bankruptcy | HusneyJ | 10/18/2021 | 1.03 | TEE Motion: Review prior docs in context of D Jose affirmation; Add to Draft of NH Response; Draft skeletal affidavit for clnt and email clnt for review and comment; and details | 400.00 |
| Bankruptcy | HusneyJ | 10/20/2021 | 0.15 | TEE motion; email to client re: offer to TEE involving any excess bonus funds | 400.00 |
| Bankruptcy | HusneyJ | 10/21/2021 | 0.3 | TEE MOtion Phone w client re bonus offer to TEE and facts re affidavit | 400.00 |
| Bankruptcy | HusneyJ | 10/22/2021 | 0.2 | TEE MOTION: Email to TEE in effort to resolve | 400.00 |
| Bankruptcy | HusneyJ | 10/25/2021 | 0.23 | TEE Motion: Update NH Affirmation | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~10/26/2021~~ | ~~0.31~~ | PLAN: Calculate a proposed Mod plan, prepare Draft | 400.00 |
| Bankruptcy | HusneyJ | 10/26/2021 | 0.83 | TEE MOTION: Phone w client on his affidavit. Make changes and email with proposed Modified Plan | 400.00 |
| Bankruptcy | HusneyJ | 10/26/2021 | 1.03 | TEE MOTION: Review Clnt Affidavit and add needed language; email back to client for review | 400.00 |
| Bankruptcy | HusneyJ | 10/27/2021 | 0.01 | TEE MOTion; Email from and reply to client re reference to tornado | 400.00 |

# Detailed Projects Report

5/25/2021 - 11/3/2021

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | HusneyJ | 10/27/2021 | 0.28 | TEE Motion: Phone w client clarifying facts; finalize affidavit and NH affirmation; prepare for ECF | 400.00 |
| Bankruptcy | HusneyJ | 10/27/2021 | 0.06 | TEE MOtion. review Clnt new draft of affidavit and reply for a clarification regarding tornado damage | 400.00 |
| Bankruptcy | HusneyJ | 10/28/2021 | 0.4 | TEE Motion; Final corrections, emails to and from client re execution | 400.00 |
| Bankruptcy | HusneyJ | 11/1/2021 | 0.3 | TEE MOTION: Review excel of moving expenses to Nashville, email to and reply from client explaining certain expenses | 400.00 |
| Bankruptcy | HusneyJ | 11/2/2021 | 1.06 | TEE MOTION: Prepare for hearing | 400.00 |
| Bankruptcy | HusneyJ | 11/2/2021 | 0.6 | TEE MOTION: Continue prep for motion hearing; emails to and from client | 400.00 |
| Bankruptcy | HusneyJ | 11/3/2021 | 1.2 | TEE MOTION: Court hearing | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~11/3/2021~~ | ~~0.35~~ | PLAN MOD: Phone with client re Court hearing and Modified Plan content | 400.00 |
| ~~Bankruptcy~~ | ~~HusneyJ~~ | ~~11/3/2021~~ | ~~0.43~~ | PLan MOD: Continued phone with client on Plan concepts - lump sum or retroactive payment | 400.00 |

Total: 31.6

Less time x-out: 1.9

Time: 29.7